**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1217**

MICHAEL L. PACK,

          Plaintiff - Appellant,

    v.

COMMISSIONER FREDERICK BEALEFIELD, III, Baltimore City
Police Department,

          Defendant - Appellee.

**No. 09-1218**

MICHAEL L. PACK,

          Plaintiff - Appellant,

    v.

MR. PAUL WEIDEFIELD, Maryland Transit Administration,

          Defendant - Appellee.

Appeals from the United States District Court for the District
of Maryland, at Baltimore.  Andre M. Davis and J. Frederick
Motz, District Judges.  (1:09-cv-00207-AMD; 1:09-cv-00208-JFM)

Submitted:  June 22, 2009          Decided:  June 26, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

———————————————

Michael L. Pack, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael L. Pack appeals district court orders summarily dismissing without prejudice his civil rights complaints for failing to state a claim. Pack was free to amend the complaints to cure the defects. A dismissal without prejudice is not reviewable by this court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 66-67 (4th Cir. 1993). Because Pack could cure the defect in each complaint, we dismiss the appeals. Id. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED